DEFENDANT: Vincent Calero
CASE NUMBER: 07 CR 682 - 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

57 months on count one of the indictment. The costs of incarceration are waived.

- [X] The court makes the following recommendations to the Bureau of Prisons:
  That the defendant be placed at the Oxford, Wisconsin facility or a facility as close to Chicago, Illinois as possible.

- [ ] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
  - [ ] at _____ [ ] a.m. [ ] p.m. on _____
  - [ ] as notified by the United States Marshal.

- [X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [X] before 2 p.m. on  4/13/2009
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

FILED
APR 17 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RETURN

I have executed this judgment as follows:

Defendant delivered on  4-13-09  to  12<sup>ca</sup> p—

at   FCI   L/R  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL   WARDE—

By _____  CSU
DEPUTY UNITED STATES MARSHAL