**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA,
    Plaintiff,
  v.

VINCENT CALERO,
    Defendant.

Case No. 07-CR-682
Judge Darrah

**NOTICE OF MOTION**

**To:**

Stephen A. Kubiatowski
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on August 11, 2015 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Darrah or any judge sitting in his or her stead in Courtroom 1203 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the motion for early release from supervision that has been filed electronically.

    Dated June 30, 2015.

Respectfully submitted,
JONES LAW FIRM
Attorney for the Defendant

Jones Law Firm
P.O. Box 44188
Madison, WI 53744-4188
608-628-0598

/s/ William Jones
William R. Jones
State Bar No. 1035897

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2015, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

Counsel has also notified Supervising Agent Jessica Cook via telephone and email

Dated June 30, 2015.

                                                Respectfully submitted,

                                                JONES LAW FIRM
                                                Attorney for the Defendant

Jones Law Firm
P.O. Box 44188
Madison, WI 53744-4188          /s/  William Jones
608-628-0598                            William R. Jones
bill@billjoneslawfirm.com        WI State Bar No. 1035897
                                                IL Reg. ID# ILND-GT-11012